Molly A. Brooks (SBN 4356580)
Michael C. Danna (SBN 5553169)
Amy Maurer (SBN 5816004)
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2005
Email: mb@outtengolden.com
Email: mdanna@outtengolden.com
Email: amaurer@outtengolden.com

*Attorneys for Plaintiff and the Putative Class and Collective*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH CORTES, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>-against-<br><br>COLE HAAN, INC.,<br><br>        Defendant. | Case No. 25-cv-3568<br><br>**NOTICE OF DISCONTINUANCE** |

PLEASE TAKE NOTICE that, pursuant to FRCP 41(a), Plaintiff Kenneth Cortes, on behalf of himself and all others similarly situated, hereby discontinues this proceeding, without prejudice, and without costs to any party.  This action has not been served on Defendant Cole Haan, Inc., nor has a settlement been reached in this matter.

*/s/ Molly Brooks*
_____
Molly A. Brooks
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017

Telephone: (212) 245-1000  
mb@outtengolden.com  
*Attorney for Plaintiff and the Putative Class and Collective*

It is so ORDERED this __7th__ day of __July_____, 2025.

_____  
Hon. Ronnie Abrams